IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
*******************************************

| | |
|---|---|
| KEVIN E. ROBINSON,<br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Civil Action No.<br>05-CV-0115<br>NAM/GJD<br><br><br>**STIPULATION OF<br>REMAND** |

*******************************************

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: August 4, 2005

        s/Lawrence D. Hasseler, Esq.
        Lawrence D. Hasseler, Esq.
        Conboy, McKay, Bachman & Kendall
        307 State Street
        Carthage, New York 13619
        Attorney for Plaintiff

Dated: August 4, 2005

        GLENN T. SUDDABY
        United States Attorney
        P.O. Box 7198
        100 S. Clinton Street
        Syracuse, New York 13261-7198

By:  /S/ William H. Pease
      William H. Pease - 102338
      Assistant U.S. Attorney

SO ORDERED:
Dated: August 5, 2005
    Syracuse, New York

HON. GUSTAVE J. DIBIANCO
U.S. Magistrate Judge