# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

KEVIN E. ROBINSON

                       **Plaintiff**

          **VS.**                    05:-CV-115 (NAM/GJD)

COMMISSIONER OF SOCIAL SECURITY

                      **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 USC section 402(g).

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 5th day of August, 2005.

**August 19, 2005**　　　　　　　　　　　　**LAWRENCE K. BAERMAN**
_____　　　_____

**DATE**　　　　　　　　　　　　　　**CLERK OF COURT**

　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　**JOANNE BLESKOSKI**
　　　　　　　　　　　　　　　**DEPUTY CLERK**